# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALI AMIR ABDUL-AZIZ<br><br>Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS, LLC., *et al.,*<br><br>Defendants. | Case No.: 3:14-CV-00457-RCJ-VPC<br><br>**ORDER** |

**MINUTE ORDER IN CHAMBERS**

Before the Court is Plaintiff's Motion for Continuance (ECF No. 25). The trial in this case is currently set for July 27, 2015. (ECF No. 17). On February 6, 2014, Plaintiff's counsel filed a Motion to Withdraw as Attorney, which the Court granted. (ECF No. 31). Plaintiff now requests that the trial date in this case be continued while he retains substitute counsel.

The Court finds that Plaintiff has failed to demonstrate a need to continue the trial date in this matter. At this point, trial remains more than four months away and the Court is confident that if Plaintiff is going to succeed in retaining substitute counsel, he will do so well before that date.

IT IS HEREBY ORDERED that Plaintiff's Motion for Continuance (ECF #25) is DENIED.

IT IS FURTHER ORDERED that Plaintiff shall file a response to Defendants' Motions to Dismiss (ECF Nos. 22, 23) within thirty (30) days from the entry of this Order.

IT IS SO ORDERED this 24th day of February, 2015.

ROBERT C. JONES
District Judge